ACCEPTED
15-25-00145-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/14/2025 12:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15–25–00145–CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/14/2025 12:15:08 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

Kelly Hancock, Acting Texas Comptroller of Public Accounts,
*Appellant,*
v.
The Neiman Marcus Group,
*Appellee.*

On Interlocutory Appeal from the Cause No. D-1-GN-24-005004
In the 200th Judicial District Court of Travis County, Texas

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Kelly Hancock, Acting Texas Comptroller of Public Accounts (the Comptroller) files this unopposed motion seeking an extension of the time to file Appellant's Brief to November 7, 2025, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). In support of this motion, Appellant shows the following:

1.      This is Appellant's first request for an extension of time and Appellees do not oppose.

1

2. In a letter from the Court filed September 18, 2025, the Court directed Appellants that if the records were not received within the time specified, the appellant would be expected to file its brief on or before Monday, October 20, 2025.

3. Appellant filed its Notice of Appeal from District Court on September 5, 2025. The Clerk's record was filed September 23, 2025, and the Reporter's Record was filed October 10, 2025.

4. Counsel for Appellant had or has deadlines for other cases on October 3, 2025, October 10, 2025, and October 24, 2025.

5. Counsel for Appellant seeks this extension to be able to best prepare its brief to aid this Court in its analysis of the issues presented.

6. This motion is not filed for the purpose of delay nor will Appellee be harmed because Appellee is unopposed to this extension request.

7. All facts recited in this motion are within the personal knowledge of the undersigned counsel, therefore no verification is necessary under Texas Rule of Appellant Procedure 10.2.

**PRAYER FOR RELIEF**

For the foregoing reasons, Appellant respectfully requests this Court grant this unopposed motion to extend time to file Appellant's Brief and extend the deadline for filing Appellant's Brief up to and including November 7, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


/s/ *Terri M. Abernathy*
_____
TERRI M. ABERNATHY
Assistant Attorney General
Texas Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711–2548
Phone (512) 979-5354
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellant, Kelly Hancock, Acting*
*Texas Comptroller of Public Accounts*

## Certificate of Conference

I hereby certify that on October 9, 2025, counsel for Appellant conferred with counsel for Appellee, who is unopposed to Appellant's Motion to Extend Time to file its Brief.

/s/ *Terri M. Abernathy*
Terri M. Abernathy
Assistant Attorney General

## Certificate of Service

I hereby certify that on October 14, 2025, a true and correct copy of the foregoing instrument was filed via the Court's electronic filing manager causing electronic service upon all counsel of record in accordance with Texas Rule of Appellate Procedure 9.5(b)(1).

Sinead O'Carroll
REEVES & BRIGHTWELL
3103 Bee Caves Rd., Ste. 240, Austin, Texas 78746
Phone (512) 334-4500
Fax (512) 334-4492
Email socarroll@reevesbrightwell.com

John P. Miller, Brittany Stephen, Jameel Turner
BAILEY | CAVALIER
*Admitted in the trial court Pro Hac Vice*
10 W. Broad Street, Ste. 2100, Columbus, Ohio 43215–3422
Phone (614) 221–3155
Email jmiller@baileycav.com
Email bstephen@baileycav.com
Email jturner@baileycav.com

*Counsel for Plaintiff*
*The Neiman Marcus Group, LLC*

/s/ *Terri M. Abernathy*
Terri M. Abernathy
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106815668
Filing Code Description: Motion
Filing Description: Appellants Unopposed MET
Status as of 10/14/2025 12:41 PM CST

Associated Case Party: Kelly Hancock, Acting Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 10/14/2025 12:15:08 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 10/14/2025 12:15:08 PM | SENT |

Associated Case Party: The Neiman Marcus Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sinead O'Carroll | | socarroll@reevesbrightwell.com | 10/14/2025 12:15:08 PM | SENT |
| Jameel S.Turner | | jturner@baileycav.com | 10/14/2025 12:15:08 PM | SENT |
| Brittany P.Stephen | | bstephen@baileycav.com | 10/14/2025 12:15:08 PM | SENT |
| John P. Miller | | jmiller@baileycav.com | 10/14/2025 12:15:08 PM | SENT |